AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TOMMY R. FLYNN | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.  09-po-00027-LTM<br>USM No.<br><br>Stephan Schweissing<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One, Superseding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and<br>C.R.S. § 42-2-101(1) | Drove Vehicle without Currently Valid Drivers License | 04/24/2009 | One |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:   1967

City and State of Defendant's Residence:
Glade Park, CO

08/10/2009
Date of Imposition of Judgment

Signature of Judge

Laird T. Milburn         Magistrate Judge
Name and Title of Judge

08/18/2009
Date